UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL IKEOBI OBUNIKE,

        Plaintiff,

v.

EMPIRE FUNDING HOME LOAN OWNER TRUST 1999-1, et al.,

        Defendants.

C18-5902 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination, NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within 60 days of the date of this Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of December, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1